IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY CLARK NABOZNY,

        Plaintiff,

  v.

OPTIO SOLUTIONS LLC
d/b/a Qualia Collection Services,

        Defendant.

Case No. 21-cv-297-jdp

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Optio Solutions LLC against plaintiff Mary Clark Nabozny dismissing this case without prejudice for lack of subject matter jurisdiction.

_____s/ A. Wiseman, Deputy Clerk_____      _____2/2/2022_____
      Peter Oppeneer, Clerk of Court                      Date