# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

---

MARY CLARK NABOZNY,
on behalf of herself and others similarly situated,

                      Plaintiff,                    Case No.: 3:21-cv-00297-jdp

OPTIO SOLUTIONS LLC D/B/A
QUALIA COLLECTION SERVICES,

                      Defendant.

---

## NOTICE OF APPEAL

Mary Clark Nabozny gives notice that she appeals to the United States Court of Appeals for the Seventh Circuit this Court's February 1, 2022 Opinion and Order granting the defendant's motion to dismiss [Dkt. No. 29], and this Court's February 2, 2022 Judgment in a Civil Case. Dkt. No. 30.

Dated: February 8, 2022                  Respectfully submitted,

                      /s/ *James L. Davidson*
                      James L. Davidson
                      Greenwald Davidson Radbil PLLC
                      7601 N. Federal Highway, Suite A-230
                      Boca Raton, FL 33487
                      Telephone: 561.826.5477
                      jdavidson@gdrlawfirm.com

                      Matthew C. Lein
                      Lein Law Offices, LLP
                      15692 Highway 63 North
                      Hayward, WI 54843
                      Telephone: 715.634.4273
                      Fax: 715.634.5051
                      mlein@leinlawoffices.com

                      Counsel for Plaintiff and the proposed class