# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

October 23, 2023

*Before*

**DIANE S. SYKES,** *Chief Judge*
**ILANA DIAMOND ROVNER,** *Circuit Judge*
**CANDACE JACKSON-AKIWUMI,** *Circuit Judge*

| | |
|---|---|
| No. 22-1202 | MARY C. NABOZNY, on behalf of herself and others similarly situated,<br><br>　　　　Plaintiff - Appellant<br><br>v.<br><br>OPTIO SOLUTIONS LLC, doing business as Qualia Collection Services,<br><br>　　　　Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:21-cv-00297-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)